In the Matter of the Estate of MILTON J. HOFFMAN, Deceased.— Motion for

* Amd. by Laws of 1927, chap. 220.— [REP.

leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.